

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-422-B |
| TASHONNA LENELL MARSH (02) | |

## FACTUAL RESUME

In support of Marsh's plea of guilty to the offense in Count Four of the Indictment, Marsh, the defendant, Marti Morgan, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Four of the Indictment, charging a violation of 18 U.S.C. § 924(a)(1)(A), that is, a False Statement with Respect to Information Required to be Kept in Records of a Licensed Firearms Dealer the government must prove each of the following elements beyond a reasonable doubt:

*First.*   That the defendant made a false oral or written statement;

*Second.*   That the defendant knew the statement was false;

*Third.*   That the statement was made in connection with the acquisition of a firearm from a licensed firearms dealer;

*Fourth.*   That the statement was made with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, namely in the execution of a Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473, Firearms Transaction Record; and

*Fifth.*   That the false statement was material to the lawfulness of the sale or disposition of the firearm

## STIPULATED FACTS

1.  On or about April 16, 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, Tashonna Lenell Marsh, knowingly made a false statement and representation to Academy Sports and Outdoors, a licensed dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Sports and Outdoors, in that Tashonna Lenell Marsh did execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm, to wit: a Glock, model 43, 9 millimeter pistol, bearing serial number BEMZ185, when in truth and fact, she was not the actual buyer of the firearm.

2.  More specifically, on April 16, 2018, Tashonna Marsh purchased one firearm from an Academy Sports and Outdoor store (Store #80) (FFL # 5-75-113-01-1C-00560), located at 3677 Emporium Circle, Mesquite, Texas. Marsh bought this weapon for another individual, who she knew could not buy the gun on his own. She received money and instructions from this other individual. Marsh completed paperwork regarding the purchase of the firearm concealing this relationship.

3. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Four of the Indictment.

AGREED TO AND STIPULATED on this 14th day of December, 2018.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
TASHONNA LENELL MARSH
Defendant

_____
MARTI MORGAN
Attorney for Defendant

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
1100 Commerce Street, Third Floor
Tel: 214-659-8680
Fax: 214-659-8812
Email: philip.meitl@usdoj.gov