

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DEMOUSHAE NATASSAJAE-SO FINE MARSH (01) | NO. 3:18-CR-422-B |

# FACTUAL RESUME

In support of Marsh's plea of guilty to the offense in Count Two of the Indictment, Marsh, the defendant, Paul Lund, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 18 U.S.C. § 924(a)(1)(A), that is, a False Statement with Respect to Information Required to be Kept in Records of a Licensed Firearm Dealer, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant made a false oral or written statement;

*Second.* That the defendant knew the statement was false;

*Third.* That the statement was made in connection with the acquisition of a firearm from a licensed firearms dealer;

*Fourth.* That the statement was made with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records if Academy Sports and Outdoors, namely in the execution of a Bureau of Alcohol, Tobacco, Firearms, and Explosives

---

[1] Pattern Crim. Jury Instr. 5th Cir. 2.42B (2015).

Factual Resume—Page 1

("ATF") Form 4473, Firearms Transaction Record; and

*Fifth.* That the false statement was material to the lawfulness of the sale or disposition of the firearm

## STIPULATED FACTS

1. On or about April 16, 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, Demoushae Natassajae-So Fine Marsh, in connection with the acquisition of a firearm, to wit: a Glock 19X caliber 9X19 pistol, serial number BGYR238, from Academy Sports and Outdoors in Mesquite, Texas, a licensed dealer of firearms within the meaning of Chapter 14 of the Title 18 of the United States Code, knowingly made a false statement and fictitious written statement to Academy Sports and Outdoors, which statement was intended and likely to deceive Academy Sports and Outdoors, as to a fact material to the lawfulness of such sale of said firearm to Demoushae Natassajae-So Fine Marsh under Chapter 14 of the Title 18 of the United States Code, in that Demoushae Natassajae-So Fine Marsh did execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of said firearm, when in fact, as Demoushae Natassajae-So Fine Marsh then knew that she was not the actual buyer of the firearm.

2. More specifically, on April 16, 2018, Demoushae Natassajae-So Fine purchased one firearm from an Academy Sports and Outdoor store (Store #80) (FFL # 5-75-113-01-1C-00560), located at 3677 Emporium Circle, Mesquite, Texas. Marsh bought this weapon for another individual, who she knew could not buy the gun on his

own. She received money and instructions from this other individual. Marsh completed paperwork regarding the purchase of the firearm concealing this relationship.

[remainder of page left intentionally blank]

3.  The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

AGREED TO AND STIPULATED on this 21 day of DECEMBER, 2018.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
DEMOUSHAE NATASSAJAE
SO-FINE MARSH
Defendant

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
1100 Commerce Street, Third Floor
Tel: 214-659-8680
Fax: 214-659-8812
Email: philip.meitl@usdoj.gov

_____
PAUL LUND
Attorney for Defendant